IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
ASHEVILLE, N.C.
APR 21 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:11po1 |
| | ) | |
| V. | ) | **BILL OF INFORMATION** |
| | ) | |
| WILLIAM KEVIN INNES | ) | Violation: |
| | ) | 18 U.S.C. § 489 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

From in and around January 1998 and continuing until April 2009, within the Western District of North Carolina,

WILLIAM KEVIN INNES

did possess with the intent to sell, give away, or in any other manner use, without the authority of the Secretary of the Treasury or other proper officer of the United States, any token, disk, or device in the likeness or similitude as to design, color, or the inscription thereon of any of the coins of the United States, a petty offense.

In violation of Title 18, United States Code, Section 489.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY