# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses) |
| V. | |
| William Kevin Innes | Case Number: 5:11po00001 |
| | Claire Rauscher and Erin Taylor<br>Defendant's Attorney |

**THE DEFENDANT:**

- X   pleaded guilty to count(s) 1
- __  Pleaded guilty to violation(s)
- __  Pleaded not guilty to count(s)
- __  Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:489 | Make or possess likeness of coins | April 2009 | 1 |

- __  Counts(s) (is)(are) dismissed on the motion of the United States.
- __  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- __  Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant pay a fine in the amount of $300 and a $5 assessment. All monies due within 60 days of defendant's release.

Date of Imposition of Sentence: 4/25/11

Signed: May 3, 2011

David C. Keesler
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal